UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN TAYLOR,<br><br>                        Plaintiff,<br><br>       v.<br><br>CALIPATRIA, et al.,<br><br>                        Defendants. | Civil No.   04cv1897 DMS (CAB)<br><br>**ORDER REGARDING PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' DISCOVERY RESPONSES [Doc. Nos. 270, 272, 274]** |

   Plaintiff, a state prisoner proceeding *pro se*, filed this action under 42 U.S.C. § 1983. On November 26, 2007, Plaintiff filed three separate motions in opposition to Defendants' discovery responses. Specifically, Plaintiff sought to oppose Defendants' responses to Plaintiff's request for admissions, Plaintiff's request for production of documents, and Plaintiff's interrogatories. However, these motions lacked a supporting memorandum of points and authorities. Furthermore, no copies of the actual requests or responses were provided.

   Accordingly, should Plaintiff wish to compel specific discovery from Defendants, in regards to Defendants' responses to Plaintiff's discovery requests, Plaintiff must submit: (1) a memorandum of points and authorities in support of his motions; (2) a copy of the interrogatories and/or requests he sent to Defendants; and (3) a copy of the responses provided by Defendants. Plaintiff shall file any

///
///
///

supporting documents for these discovery motions **no later than December 17, 2007**.  If Plaintiff does not submit any of these supporting documents by December 17, 2007, the motions shall be **DENIED**.

     **IT IS SO ORDERED**.

DATED:  December 3, 2007

                                          **CATHY ANN BENCIVENGO**
                                          United States Magistrate Judge